Harvey CULP, Jr., Plaintiff—Appellant,

v.

UNITED STATES of America; United States Parole Commission; Prosecuting Attorney; Woodrow Jones, Judge, "Judge of Judgment"; John Doe, Judge; Mercer Blankenship, Jr., Attorney, Defendants—Appellees.

No. 03–7845.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 9, 2004.

Decided Dec. 14, 2004.

Harvey Culp, Jr., Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harvey Culp, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court. *See Culp v. United States,* No. CA–03–268–3–MU2 (W.D.N.C., Sept. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*